**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:       *Reuben Meredith Haga **v.** Jerry Redmond Thomas and Lyda Ann Thomas*

Appellate case number:     01-12-00218-CV

Trial court case number:   PR-0072323-A

Trial court:               Probate Court of Galveston County, Texas

Date motion filed:         August 5, 2013

Party filing motion:       Appellant

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes

☐ Acting Individually ☒ Acting for the Court

The en banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle

Date: September 17, 2013